AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| JOSEPH POLITO ) ) ) ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 23-cv-07376-PKC-ARL |
| K THOMPSON FOODS II LLC and KEN THOMPSON III ) ) ) ) ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  K THOMPSON FOODS II LLC
1121 Jerusalem Ave Uniondale, NY 11553

KEN THOMPSON III (Place of employment)
1121 Jerusalem Ave Uniondale, NY 11553

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Akin & Salaman
45 Broadway, Suite 1420
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 10/05/2023

Christopher Giacalone

*Signature of Clerk or Deputy Clerk*